**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL NERO** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 24-5974** |
| | : | |
| **WHITPAIN TOWNSHIP,** *et al.* | : | |

## ORDER

This 20th day of January, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment, ECF 20, is **GRANTED**.

    /s/ Gerald Austin McHugh
United States District Judge